UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-10030-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDUARDO FERNANDEZ VIERA,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S
## UNOPPOSED MOTION TO CHANGE RESIDENTIAL ADDRESS

**THIS CAUSE** is before the Court on Defendant's Unopposed Motion To Change Residential Address and this Court having reviewed the record and being otherwise advised as to its premises, it is

**ORDERED** that the mentioned motion is hereby **GRANTED**. Accordingly, Defendant is hereby permitted to change his residential address to: 5601 1/2 Garden Avenue, West Palm Beach, Florida 33405. All other terms and conditions of Defendant's bond remain unchanged.

**DONE AND ORDERED** at Miami, Florida this ___1___ day of ~~June~~ July, 2009.

                                                          JAMES LAWRENCE KING
                                                          UNITED STATES DISTRICT JUDGE

cc:    Stewart G. Abrams, AFPD
        Sivashree Sundaram, AUSA
        Kenneth Goldberg, USPO
        Pretrial Services